UNITED STATES OF AMERICA

                              Plaintiff,

v.                                               Case No.: 1:25–cr–00608
                                                 Honorable Gabriel A. Fuentes

Ray Collins, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 8, 2025:

     MINUTE entry before the Honorable Gabriel A. Fuentes as to Ray Collins, Jocelyne Robledo: The government has moved to dismiss (doc. #[24]) the complaint (doc. #[1]) in this matter. As the matter is scheduled for a preliminary hearing at 9 a.m. today, 10/8/25, in Courtroom 1342 of the Dirksen U.S. Courthouse, the motion to dismiss will be heard in open court at that time. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.