IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **United States of America** | ) | |
| Plaintiff(s), | ) | |
| | ) | Case No: 1:25-cr-608 |
| v. | ) | Magistrate Judge Gabriel A. Fuentes |
| | ) | |
| **Ray Collins & Jocelyne Robledo** | ) | |
| Defendant(s), | ) | |

### ORDER

Hearing held on the government's motion to dismiss (doc. #[24]), which, at hearing, the government confirmed was a motion seeking dismissal without prejudice. The government provided additional bases for its motion, stating that a U.S. grand jury on 10/7/25 returned a "no bill" as to these defendants and thus declined to return an indictment against them. Further, the government confirmed on the record that the complaint affiant swore under oath that the affiant had reviewed video evidence that corroborated the complaint's version of events, and the Court confirmed that such sworn affirmation was a substantial part of the basis for the Court's initial determination of probable cause on the complaint. The government made an oral motion to vacate the release orders, noting that vacatur of those orders is part and parcel of case dismissal. For the reasons stated on the record, the Court: (1) granted the oral motion to vacate the release orders (doc. #s [12], [21]), and (2) granted the motion to dismiss (doc. #[24]) without prejudice, all without objection or additional motion from either defendant. The release orders (doc. #s [12], [21]) are vacated. The case is dismissed without prejudice as to both defendants. In view of the dismissal of the matter, no preliminary hearing was held.

(00:10)

Date: 10/8/2025

/s/ *Gabriel A. Fuentes*
Gabriel A. Fuentes
United States Magistrate Judge